UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS MURILLO ESPINOSA,<br><br>Defendants. | CASE NO. CR13-5569BHS<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. The defense needs time to schedule an interpreter to go over a plea offer with the Defendant, which defense counsel has been unable to accomplish do to a prearranged vacation and other personal obligations.

2. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to substantially ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER - 1

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

5. Defendant waived speedy trial up to and including January 28, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from December 3, 2013, to January 28, 2014, at 9:00 a.m. Pretrial Conference is set for January 21, 2014, at 2:30 p.m. The resulting period of delay from November 14, 2013, to January 28, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated this 21st day of November, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2