UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS MURILLO ESPINOSA,<br><br>Defendant. | CASE NO. CR13-5569BHS<br><br>ORDER |

This matter came before the Court on January 21, 2014, for a regularly scheduled Pretrial Conference. The defense made and the Court granted a second, unopposed motion to continue the trial date in this case. In addition to having considered the statements of counsel made in open court, the Court makes the following findings of fact and conclusions of law:

1. The defense needs additional time to explore and investigate newly discovered evidence, which was recently provided to the defense.

2. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to substantially ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

5. Defendant waived speedy trial up to and including April 22, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from January 28, 2014, to April 22, 2014, at 9:00 a.m. Pretrial Conference is set for April 14, 2014, at 3:00 p.m. The resulting period of delay from January 21, 2014, to April 22, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated this 19th day of February, 2014.

BENJAMIN H. SETTLE
United States District Judge